

SO ORDERED,

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

IN RE:

    PRO TRUCKING, INC.                              CASE NO. 18-12428-JDW

    DEBTOR                                                                 CHAPTER 11

## ORDER SETTING HEARING OUT OF TIME

This matter came on the Court's *sua sponte* motion to set the Motion to Convert Case to Chapter 7, or in the alternative Motion to Dismiss Case (hereinafter "the Motion") (Dkt# 76) for hearing outside the thirty (30) days set forth in 11 U.S.C. §1112(b)(3). The court finds that compelling circumstances prevent the Court from meeting the time limits established by that paragraph and, as such, the Court may set the Motion outside the thirty (30) day requirement. See §1112(b)(3). The Court further finds that no parties are or will be prejudiced by the setting of the Motion outside the thirty (30) day requirement.

IT IS, THEREFORE, ORDERED that the hearing on the Motion hereby is set for November 27, 2018 at 10:00 AM.

##END OF ORDER##